UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Request for International Judicial Assistance from the Court of First Instance Trial Court No. 2 in La Orotava, Tenerife, Canary Islands, Spain in <u>Maria del Mar Medina Montanez v. David Mora Fumero</u>, Ref. No. 348/2013 | No. _____<br><br>**COMMISSIONER'S SUBPOENA** |

To:   Citi Personal Wealth Management
      c/o Legal Services Intake Unit
      701 E. 60th St. No.
      Sioux Falls, SD  57117

    I, Ann M. Hoffman, an Assistant United States Attorney for the District of South Dakota, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering assistance to Spain, command that you appear before me at 325 South First Avenue, Third Floor, Sioux Falls, South Dakota on _____ to provide documents regarding a civil lawsuit in the Court of First Instance Trial Court No. 2 in La Orotava, Tenerife, Canary Islands, Spain, entitled <u>Maria del Mar Medina Montanez v. David Mora Fumero</u>, Ref. No. 348/2013, and that at the time and place aforesaid you provide the following:

With regard to investment account 55E301602000, account 10331348, and any other account or deposit opened in the name of Porfirio Mora Ayala, with D.N.I. 42,930,943-V, born in San Sebastian de la Gomera, on March 26, 1916, with address at C/Cruz de los Martillos, no. 70, La Orotava (deceased), provide the following:

    1.   If there are orders to transfer funds authorized by David Mora Fumero, with D.N.I. 42,052,061-B, in the month of June 2003, indicate the amount and the payee.  If such exist, please provide copies.

    2.   If there was a contract of mandate and/or management of investment portfolios regarding the funds deposited at the bank that was formalized by Porfirio Mora Ayala, indicating the operations for which the

institution was authorized by reason of that contract of mandate, please provide a copy of same.

    3.    Provide the justification and details with information of source and destination of the funds of all the bank operations carried out during June 24 and 25, 2003.

For failure to attend and provide testimony/said documents, you will be deemed guilty of contempt and liable to penalties under the law.

Dated this _____ day of November, 2016.

    RANDOLPH J. SEILER
    United States Attorney

_____
Ann M. Hoffman, Commissioner
Assistant United States Attorney for the
 District of South Dakota
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2363
Facsimile: (605)330-4410
E-Mail: ann.hoffman@usdoj.gov